DOROTHY E. WILLIAMS, as Administratrix of the Estate of LAWRENCE R. BABCOCK, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Motion No. M-9612.) — REYNOLDS, J.

GIBSON, P. J., HERLIHY, REYNOLDS, STALEY, Jr., and GABRIELLI, JJ., concur in memorandum by REYNOLDS, J.

HOMAID BRANDS, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42031.) — MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.